# Court of Appeals
# of the State of Georgia

ATLANTA, November 28, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0265. LESHON STEWART v. U. S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR LS49 MASTER et al**

In 2022, U. S. Bank Trust National Association, as Trustee for LS49 Master Trust, and Fay Servicing, LLC (collectively, "Mortgagees") began non-judicial foreclosure proceedings on a parcel of real property located in Decatur. Before the sale occurred, Leshon Stewart filed the current action against the Mortgagees and the law firm representing them, asserting several claims related to the attempted foreclosure. The Mortgagees and the law firm each moved to dismiss the complaint for failure to state a claim or, in the alternative, for a more definite statement. Following a hearing, the trial court entered an order dismissing Stewart's claims against all defendants. Stewart then filed this direct appeal. We lack jurisdiction.

"The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). And to be timely, a notice of appeal must be filed within 30 days following entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). Here, the trial court entered the order of dismissal on July 6, 2023, and therefore Stewart was required to file her notice of appeal no later than Monday, August 7. Stewart, however, did not file her notice of appeal until August 8.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/28/2023__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.